JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAMPBELL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN RICK HILL,<br><br>    Respondent. | Case No. 2:20-cv-01530-JWH (SHK)<br><br>**JUDGMENT** |

1 | Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: May 23, 2023

HONORABLE JOHN W. HOLCOMB
United States District Judge

2